IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>SETH AMOS NELSON,<br><br>Defendant/Movant. | Cause No. CR 07-139-GF-BMM<br><br>ORDER DENYING MOTION TO RECONSIDER AND DENYING CERTIFICATE OF APPEALABILITY |

On June 9, 2014, Defendant Seth Amos Nelson, a federal prisoner proceeding pro se, moved vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. On June 12, 2014, the motion was dismissed for lack of jurisdiction because it was Nelson's second under § 2255 and its filing in this Court was not authorized. Order (Doc. 102).

Nelson asks the Court to reconsider its dismissal, arguing that *Alleyne v. United States*, __ U.S. __, 133 S. Ct. 2151 (2013), is retroactively applicable. Even if it is, the motion Nelson filed on June 9 would still be his second. He may not proceed in this Court without obtaining leave from the Court of Appeals.

To the extent a certificate of appealability as to the motion to reconsider must be contemplated, *Jones v. Ryan*, 733 F.3d 825, 832 n.3 (9th Cir. 2013); *Lynch v. Blodgett*, 999 F.2d 401, 403 (9th Cir. 1993) (certificate of probable cause), it is clearly not warranted. There is no doubt about this Court's lack of jurisdiction.

1

*Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam).

Accordingly, IT IS HEREBY ORDERED that Nelson's motion for reconsideration (Doc. 99) is DENIED. A certificate of appealability is DENIED as there is no doubt about the procedural ruling.

DATED this 11th day of July, 2014.

    /s/ Brian M. Morris
Brian M. Morris
United States District Court