# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SETH AMOS NELSON, <br><br> Defendant. | CR 07-139-GF-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED that Danielle Dunn, Clinical Treatment Supervisor from Alternatives, Inc. – Alpha House, Billings, Montana, may testify via telephone during the revocation hearing scheduled for December 19, 2019 at 3:30 p.m. in Great Falls, Montana. Counsel for the United States shall contact the Clerk of Court staff to arrange for Ms. Dunn's telephonic testimony.

DATED this 19th day of December, 2019.

Brian Morris
United States District Court Judge